ACCEPTED
03-15-00581-CR
8417338
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2015 6:29:49 AM
JEFFREY D. KYLE
CLERK

## 03-15-00581-CR

| | | |
|---|---|---|
| EX PARTE | § | IN THE |
| | § | |
| | § | THIRD COURT |
| | § | |
| SAUL DE PAZ | § | OF APPEALS |

### APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/31/2015 6:29:49 AM
JEFFREY D. KYLE
Clerk

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Saul De Paz, Appellant in the above styled and numbered cause,

and moves this Court to grant an extension of time to file appellant's brief, pursuant

to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows

the following:

1.  This case is on appeal from the 207th Judicial District Court of Comal County, Texas.

2.  The case below was styled EX PARTE SAUL DE PAZ, and numbered C2015-1149X.

3.  Appellant's Writ of Habeas Corpus Seeking Release Due To Delay was denied on 9/3/2015.

4.  Notice of appeal was given on 9/10/2015.

5.  The clerk's record was filed on 10/16/2015; the reporter's record was filed on 10/12/2015.

6.  The appeal was abated on 12/14/2015, and the trial court held a hearing on 12/17/2015 to determine whether Appellant still desired to prosecute the appeal, and whether counsel had abandoned the appeal. Findings and Recommendations are to be filed in this court on 12/31/2015.

7. Appellant requests an extension of time to January 4, 2016.

9. One prior extension has been received in this cause.

10. Defendant is currently incarcerated for this case, as well as a "hold" for another county, and an immigration "detainer."

11. Appellant relies on the following facts as good cause for the requested extension:

.

Counsel was out of town for the Christmas holidays, and experienced unexpected limited internet access at her location, thus preventing her from accessing records and caselaw. Upon return, counsel has been working diligently on this brief, as well as assisting the trial court in drafting the findings ordered by this Court. With the New Year's holiday and the coming weekend, counsel expects to have sufficient time to complete the brief and file it on Monday, January 4, 2016.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Schoon Law Firm, P.C.
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657
susan@schoonlawfirm.com
By: /s/ Susan Schoon
        Susan Schoon
        State Bar No. 24046803
        Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on December 31, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas by email to preslj@co.comal.tx.us.

/s/ Susan Schoon
Susan Schoon